# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | CRIMINAL ACTION |
| v. | : : | |
| CHRISTOPHER SANCHEZ | : : | NUMBER 19-28-CFC |

## JOINT PROPOSED ORDER TO ENFORCE SUBPOENA

TO THE HONORABLE COLM F. CONNOLLY, JUDGE OF THE SAID COURT:

Defendant CHRISTOPHER SANCHEZ by his attorney Mark S. Greenberg, Esquire and the United States of America, by AUSA Jesse S. Wenger, respectfully offer the attached the proposed Order for the Court's consideration in connection with the substance of the telephone conference of today's date pertaining to the enforcement of Sanchez's subpoena of certain DELJIS records.

Respectfully submitted,

/s/ Mark S. Greenberg

_____
MARK S. GREENBERG, ESQUIRE
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | CRIMINAL ACTION |
| v. | : : | |
| CHRISTOPHER SANCHEZ | : : | NUMBER 19-28-CFC |

**ORDER**

AND NOW, this _____ day of _____ 2020, after consideration of the subpoena dated October 19, 2019 to the Delaware Criminal Justice Information System (DELJIS) by defendant requesting certain records that may be in its possession, and the letter response dated November 15, 2019 by the Delaware Department of Justice to Thomas Dreyer, Esquire and docketed in this Court at (ECF #31), it is ORDERED AND DECREED that, within 30 days of the date of this Order, DELJIS shall furnish to defendant and the government an official record of the following, if it exists:

> A certified record of any search run by now-Detective Gaeten McNamara in the DELJIS system regarding Christopher Sanchez (DOB / / 90) within 12 months preceding January 4, 2019.

BY THE COURT:

_____